IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTELGIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-614 (RGA) |
| | ) |
| ASUSTEK COMPUTER INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT ASUSTEK COMPUTER INC.'S
<u>UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659(a)</u>**

Pursuant to 28 U.S.C. § 1659(a), Defendant ASUSTeK Computer LLC ("ASUS") moves this Court to stay all proceedings in this civil action until the final determination of United States International Trade Commission Investigation No. 337-TA-1454, which concerns the same six patents at issue in this civil action. As explained further below, because of the overlap in proceedings, and because all other conditions set forth in the statute are satisfied, ASUS is entitled to the automatic, mandatory stay afforded under Section 1659(a). ASUS has conferred with counsel for Plaintiff Estelgia LLC ("Estelgia") and Estelgia does not oppose the entry of a stay under Section 1659(a).

In support of this motion, ASUS further states the following:

1. On May 16, 2025, Estelgia filed this civil action, alleging that ASUS infringes six patents: U.S. Patent No. 7,936,714 ("the '714 Patent"); U.S. Patent No. 11,246,016 ("the '016 Patent"); U.S. Patent No. 10,735,973 ("the '973 Patent"); U.S. Patent No. 10,531,518 ("the '518 Patent"); U.S. Patent No, 9,775,164 ("the '164 Patent"); and U.S. Patent No. 9,277,591 ("the'591 Patent"). *See* D.I. 1.

2.      On the same day, Estelgia filed a complaint with the United States International Trade Commission ("ITC" or "Commission"), naming ASUS as the respondent and seeking institution of an investigation into ASUS's alleged infringement of the same six patents. On June 17, 2025, the ITC instituted the investigation, now designated as Inv. No. 337-TA-1454. A copy of the ITC's Notice of Institution of Investigation ("Notice of Institution") is filed herewith as Exhibit A to the Declaration of Michael J. Flynn ("Flynn Decl.").

3.      ASUS is entitled by statute to an automatic stay of this civil action pending the ITC's final determination in Inv. No. 337-TA-1454. Specifically, 28 U.S.C. § 1659(a) directs that a district court "shall stay, until the determination of the Commission becomes final" any "proceedings in [a] civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission," provided that the party requesting the stay makes such a request within, *inter alia*, "30 days after the party is named as a respondent in the proceeding before the Commission." 28 U.S.C. § 1659(a). "When the requirements of section 1659(a) have been met, a stay of a district court action is mandatory." *Polymer Tech. Sys., Inc. v. ACON Labs., Inc.,* No. 18-cv-00805, 2018 WL 3388123, at *2 (S.D. Cal. July 11, 2018) (*citing In re Princo Corp.,* 478 F.3d 1345, 1355 (Fed. Cir. 2007)).

4.      All conditions necessary to trigger Section 1659(a)'s automatic stay are satisfied here. *First*, as paragraph 4 of the attached Notice of Institution makes clear, both Estelgia and ASUS are parties to Inv. No. 337-TA-1454, with ASUS named as a respondent in the investigation. *See* Flynn Decl. Ex. A. at 2-3 ¶¶ 4(a)-(b).

5.      *Second*, the "same issues" are involved in this civil action and in ITC Inv. No. 337-TA-1446 because both proceedings concern ASUS's alleged infringement of the same six patents, *i.e.*, the '714 Patent, the '016 Patent, the '973 Patent, the '518 Patent, the '164 Patent, and the '591

Patent, and overlapping accused products (*see id.* at 2 ¶ 2). *See, e.g.*, *In re Princo Corp.*, 478 F.3d at 1356 (explaining that "same issues" exist where an ITC investigation involves the same "patents at issue in the district court proceeding"); *see also, e.g.*, *Polymer Tech Sys.*, 2018 WL 3388123, at *2 ("[T]he ITC investigation involves the same claims of patent infringement as the present action. . . . Thus, the present action involves the same issues as the ITC investigation.").

6.     *Finally*, ASUS, one of the named respondents in Inv. No. 337-TA-1454, has made the instant request for stay within the 30-day period provided under Section 1659(a)(1). *See, e.g.*, *Polymer Tech. Sys.*, 2018 WL 3388123, at *2.

Having met the statutory requirements for an automatic stay under 28 U.S.C. § 1659(a), ASUS respectfully requests that the Court grant this unopposed motion. A [Proposed] Order is attached.

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mflynn@morrisnichols.com

June 27, 2025                *Attorneys for Defendant ASUSTeK Computer Inc.*

## D. DEL. LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, the undersigned counsel for Defendant ASUSTeK Computer Inc. hereby certifies to having conferred with counsel for Plaintiff Estelgia, LLC in the above-captioned action on the matters set forth in the foregoing motion.

Counsel for Plaintiff has indicated that Plaintiff does not oppose the entry of a stay under 28 U.S.C. § 1659(a).

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 27, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff Estelgia, LLC* | *VIA ELECTRONIC MAIL* |
| Kevin C. Wheeler, Esquire<br>Michael A. David, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington DC 20004<br>*Attorneys for Plaintiff Estelgia, LLC* | *VIA ELECTRONIC MAIL* |
| Charles H. Sanders, Esquire<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>*Attorneys for Plaintiff Estelgia, LLC* | *VIA ELECTRONIC MAIL* |
| Blake R. Davis, Esquire<br>Amit Makker, Esquire<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff Estelgia, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)